UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

---

No. 6:22-cv-00137

---

**Jerome Bryant,**
*Plaintiff,*

v.

**Officer Olayinka M. Pedro et al.,**
*Defendants.*

---

# ORDER

Plaintiff Jerome Bryant, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed a civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On August 2, 2023, the magistrate judge issued a report recommending that the defendants' motions for summary judgment be granted and that this case be dismissed without prejudice for plaintiff's failure to exhaust administrative remedies. Doc. 51. Plaintiff received the report on August 8, 2023, but did not file timely objections. Doc. 52.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants defendants' motions (Docs. 37, 50) and dismisses this case without prejudice.

*So ordered by the court on September 7, 2023.*

J. CAMPBELL BARKER
United States District Judge